No. 501. COBB *v.* NATIONAL SURETY Co. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Howard B. Warren* for petitioner. No appearance for respondent.

No. 502. LAFAYETTE WORSTED Co. *v.* PAGE, COLLECTOR OF INTERNAL REVENUE. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Laurence Arnold Tanzer* and *James Craig Peacock* for petitioner. *Solicitor General Biggs, Messrs. Erwin N. Griswold* and *J. Louis Monarch,* and *Miss Louise Foster* for respondent.

No. 503. ROSENBLOOM FINANCE CORP. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. W. W. Spalding* for petitioner. *Solicitor General Biggs* and *Messrs. J. Louis Monarch, Edward H. Horton,* and *H. Brian Holland* for respondent.

No. 508. SOUTHERN REALTY CORP. ET AL. *v.* HEATH ET AL. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Benjamin Harrison Powell* and *Paul Carrington* for petitioners. *Mr. James V. Allred* for respondents.

No. 510. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit

Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 511. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 512. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 513. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 514. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November